Decided June 17, 2008

## STATE OF CONNECTICUT *v.* JAMAL BAZEMORE

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 441 (AC 26899), is denied.

*Mark Diamond,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided June 17, 2008

## IRVING ORTIZ *v.* COMMISSIONER OF CORRECTION

The petitioner Irving Ortiz' petition for certification for appeal from the Appellate Court, 107 Conn. App. 901 (AC 27495), is denied.

SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Thomas P. Mullaney III,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.